RECEIVED & FILED

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

SEP 27  12 14 PM '11

In re: Alan David Tikal

Case No.: 11-23486-LBR U.S. BA........
MARY A. SCHOTT, CLERK
Chapter: 11

_____
          Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ___ Voluntary Petition (specify reason for amendment)
- ___ Summary of Schedules
- ___ Statistical Summary of Certain Liabilities
- ___ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ___ Schedule C - Property Claimed as exempt
- ✓ Schedule D, E or (F) and/or Matrix, and/or (List of Creditors) or Equity Holders
    - ✓ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
    - ___ Add/change address of already listed creditor - No fee
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - CoDebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Concerning Debtor's Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor(s)
- ___ Statement of Current Monthly Income and Means Test Calculation
- ___ Certification of Credit Counseling
- ___ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

**Declaration of Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 9-27-11    _____    _____
                        Debtor                          Joint Debtor

In re **Alan David Tikal**                                        ,  Case No. **11-23486-LBR**
            Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

In re  Alan David Tikal  ,                                                               Case No.  11-23486-LBR  
          Debtor                                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | See attached list of Promissory Notes Owned | | $952,144.00 |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

In re **Alan David Tikal**, Case No. **11-23486-LBR**
      Debtor                                                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

                                                   __1__ continuation sheets attached     Total ▶     $        952,144.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**ACCOUNTS RECEIVABLE - PROMISSORY NOTES OWNED - additional filing to BK September 16th, 2011**

| Last Name | First Name | Property Address | Mailing Address | Amount of Note |
|---|---|---|---|---:|
| Chavez | Dona | 34458 Waltham Pl., Winchester, CA 92696 | Same | $ 98,356.00 |
| Manaoat | Rogelio & Lolita | 1368 Oak Crest Ct., Antioch, CA 94531 | 102 Sonora Court, Oakley, CA 94561 | $ 222,680.00 |
| Maldonado | Miguel | 23230 Corbett Lane, Nuevo, CA 92567 | Same | $ 89,531.00 |
| Maldonado | Miguel | 14935 Seville Avenue, Fontana, CA 92335 | 23230 Corbett Lane, Nuevo, CA 92335 | $ 102,425.00 |
| Merino | Esteban & Martha | 6 Churchill Circle, Salinas, CA 93906 | Same | $ 168,783.00 |
| Senot | Dominador & Grace | 678 Lakewood Drive, Sunnyvale, CA 94089 | Same | $ 100,598.00 |
| Venagas | Andres & Bernarda | 1296 Palm Avenue, Seaside, CA 93955 | Same | $ 169,771.00 |
| | | | | |
| | | | | $ 952,144.00 |

In re __Alan David Tikal_____,  Case No. __11-23486-LBR_____
     Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SEE ATTACHED SCHEDULE F | | | From: January 1st, 2010 Thru: March 2nd, 2011 | | | | 6,327,824.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | Subtotal▶ | | $ 6,327,824.00 |
| ____continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ 6,327,824.00 |

Attachment for Schedule F

| BANK NAME | BANK ADDRESS | LOAN NUMBER | AMOUNT OF LOAN | DISPUTED |
|---|---|---|---|---|
| AMERCIAS SERVICING CO | P.O Box 10328, Des Moines, IA 50306 -MACX2302-04C | 1127136469 | $ 319,992.00 | Yes- should be paid off |
| AURORA LOAN | 8150 Leesburg Pike, Suite 410 Vienna, VA 22182 | 0021506035 | $ 450,252.00 | Yes- should be paid off |
| AURORA LOAN | 8150 Leesburg Pike, Suite 410 Vienna, VA 22182 | 0021622659 | $ 315,992.00 | Yes- should be paid off |
| BANK OF AMERICA | PO Box 5170, Simi Valley, CA 93062-5170 | 196117396 | $ 93,960.00 | Yes- should be paid off |
| BANK OF AMERICA | PO Box 5170, Simi Valley, CA 93062-5170 | 141217528 | $ 366,771.00 | Yes- should be paid off |
| BANK OF AMERICA | PO Box 5170, Simi Valley, CA 93062-5170 | 141217536 | $ 91,693.00 | Yes- should be paid off |
| CENTRAL MORTGAGE CO | P.O. Box 8025, Little Rock, AR 72203-8025 | 9042019497 | $ 636,536.00 | Yes- should be paid off |
| CHASE HOME MORTGAGE | PO Box 78420, Phoenix, AZ 85062-8420 | 0705292381 | $ 367,635.00 | Yes- should be paid off |
| CHASE HOME MORTGAGE | PO Box 78420, Phoenix, AZ 85062-8420 | 763439064 | $ 91,909.00 | Yes- should be paid off |
| INDYMAC BANK | P.O. Box 4045, Kalamazoo, MI 49003-4045 | 1009790401 | $ 227,196.00 | Yes- should be paid off |
| MORTGAGE LENDER SERVICES | 81 Blue Ravine Road, Suite 100, Folsom, CA 95630 | 125740-1 | $ 358,124.00 | Yes- should be paid off |
| NATIONAL CITY MORTGAGE - PNC | 23000 Mill Creek Blvd, Highland Hills, OH 44122 | 5293344 | $ 393,424.00 | Yes- should be paid off |
| SAXON MORTGAGE | PO Box 161489, Ft. Worth, TX 76161-1489 | 2000206858 | $ 435,492.00 | Yes- should be paid off |
| WACHOCIA | Wells Fargo Mortgage, PO Box 60505, City of Industry, CA 91716 | 18225649 | $ 483,670.00 | Yes- should be paid off |
| WACHOVIA | Wells Fargo Mortgage, PO Box 60505, City of Industry, CA 91716 | 42227520 | $ 675,132.00 | Yes- should be paid off |
| WASHINGTON MUTUAL/CHASE | PO Box 78148, Phoenix, AZ 85062-8148 | 677226805 | $ 120,918.00 | Yes- should be paid off |
| WELLS FARGO | PO Box 1441, Des Moines, IA 50306 | 0152656997 | $ 899,128.00 | Yes- should be paid off |
| | | | $ 6,327,824.00 | |

1

## Additional Creditors

In re:  Alan David Tikal                                Case No:  11-23486-LBR
                                                        Chapter:  11

Central Mortgage Co.
P.O. Box 8025
Little Rock, AR 72203-8025


Indymac Bank
P.O. Box 4045
Kalamazoo, MI 49003-4045


Mortgage Lender Services
81 Blue Ravine Road
Suite 100
Folsom, CA 95630


National City Mortgage – PNC
23000 Mill Creek Blvd.
Highland Hills, OH 44122