**Entered on Docket
October 25, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

CINDY LEE STOCK
Nevada Bar No. 803
LAW OFFICES OF CINDY LEE STOCK, P.C.
608 South 8th Street
Las Vegas, Nevada 89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@lvcoxmail.com E-mail

In Association With:
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for Wescom Credit Union

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| ALAN DAVID TIKAL, | CASE NO. S– 11-23486-LBR |
| Debtor. | Hearing Date: October 14, 2011<br>Hearing Time: 1:30 p.m. |
| | Location: Foley Federal Building<br>Courtroom No. 1 |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY,
INCLUDING *IN REM* RELIEF**

The Motion for Relief from Automatic Stay of Wescom Credit Union and its successors and/or assigns, came on regularly for hearing before this court on October 14, 2011, appearances as noted on the record. No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

1  IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby is, granted.

2  IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 18313 Blackhawk Street, Northridge, CA 91326 ("the Property").

3  IT IS FURTHER ORDERED that pursuant to 11 U.S.C. § 362(d)(4) this order, if recorded in compliance with applicable State laws, shall be binding in any other case under title 11 of the U.S. Code purporting to affect the Property filed not later than two years after the date of the entry of this order.

SUBMITTED BY:

LAW OFFICES OF CINDY LEE STOCK, P.C.

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
608 South 8th Street
Las Vegas, Nevada  89101
Attorneys for Wescom Credit Union

RULE 9021 CERTIFICATION:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____  The Court waived the requirement of approval under LR 9021(b)(1).

____  No party appeared at the hearing or filed an objection to the motion.

__X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

2