**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
**Attorney for Secured Creditor U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-3**
**14-74130**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In Re: | BK Case No.: 11-23486-mkn |
|---|---|
| Alan David Tikal | Chapter 7 |
| | NOTICE OF ENTRY OF ORDER CONFIRMING NO STAY IN EFFECT |
| Debtor. | |

PLEASE TAKE NOTICE that on July 10, 2017, Order Confirming No Stay In Effect was entered by the court. Copy of said order is attached herewith.

DATED this 12th day of July, 2017.

                                        **TIFFANY & BOSCO, P.A.**

                                  By: /s/ Gregory L. Wilde_____
                                      GREGORY L. WILDE, ESQ.
                                      Attorney for Secured Creditor
                                      212 South Jones Boulevard
                                      Las Vegas, Nevada 89107

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
**Attorney for Secured Creditor U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-3**
14-74130

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK Case No.: 11-23486-mkn |
|---|---|
| Alan David Tikal | |
| | Chapter 7 |
| Debtor. | |

### CERTIFICATE OF SERVICE

1. On July 12, 2017, I served the following document:

    NOTICE OF ENTRY OF ORDER CONFIRMING NO STAY IN EFFECT

2. I served the above-named document by the following means to the persons as listed below:

    X   a. ECF System

        Victoria Nelson
        trustee@nelsonhoumand.com
        Trustee

    X  **b. United States mail, postage fully prepaid:**

> Alan David Tikal
> C/O Notary Public Ray Kornfeld
> 8121 Caramel Gorge Ct.
> Las Vegas, NV  89143
> Debtor

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 12th day of July, 2017.

By: /s/ Rachele McDaniel



_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 10, 2017

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates,Series 2006-3
14-74130

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK Case No.: 11-23486-led |
|---|---|
| Alan David Tikal<br>        Debtor. | Chapter 7 |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A) (i) and (ii)

The Court has reviewed the Secured Creditor's Ex-Parte Application For An Order Pursuant To 362(C)(3)(A) and rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates,Series 2006-3, its assignees and/or successors in interest, of the subject property, generally described as 16964 Millstone Dr, La Puente, CA 91744.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

IT IS SO ORDERED.

Submitted by:

**TIFFANY & BOSCO, P.A**

By:   /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor