Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 12, 2017

BRIAN D. SHAPIRO, ESQUIRE
Nevada Bar #5772
LAW OFFICE OF BRIAN D. SHAPIRO, LLC
510 South 8th Street
Las Vegas, NV 89101
(702) 386-8600
(702) 383-0994 fax
brian@brianshapirolaw.com
Retained Counsel for Movant
C.241-5299
Attorneys for Movant, Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-11-23486-mkn |
| ALAN DAVID TIKAL, | Chapter 7 |
| | Hearing- |
| | Date : September 6, 2017 |
| Debtor. | Time : 1:30 pm |

<u>ORDER ANNULLING AUTOMATIC STAY AND VALIDATE JUDGMENT</u>

Movant Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest's Motion to Annul Automatic Stay and Validate Judgment having come on regularly for hearing in the United States Bankruptcy Court before the Honorable Mike Nakagawa.

The court, having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause, therefore:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Automatic Stay in the above-entitled Bankruptcy proceeding is annulled and the foreclosure judgment is validated as to the subject property, generally described as **106 S. Martin Ave., Waukegan, Illinois**, and legally described as follows:

> LOT 83 IN WEST WAUKEGAN SUBDIVISION, BEING A SUBDIVISION OF PART OF THE SOUTHWEST ¼ OF SECTION 20, TOWNSHIP 45 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MAY 12, 1971 AS DOCUMENT 201564 IN BOOK "K" OF PLATS, PAGE 54, IN LAKE COUNTY, ILLINOIS.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Movant shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS NOTED that Debtor is not represented by counsel in this action.

DATED this 6th day of September, 2017.

Submitted by:

LAW OFFICE OF BRIAN D. SHAPIRO, LLC

By: /s/ Brian D. Shapiro
     BRIAN SHAPIRO, ESQUIRE
Nevada Bar #5772
Retained Counsel for Movant
C.241-5299

## CERTIFICATE OF SERVICE OF THE ORDER

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirement of approval under LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Alan David Tikal (Debtor in Pro Se)

\_\_\_\_ Approved; \_\_\_\_ Disapproved; \_\_\_\_ Failed to respond.

Victoria Nelson (Trustee)

\_\_\_\_ Approved; \_\_\_\_ Disapproved; \_\_\_\_ Failed to respond.

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order,

By: _[signature]_

///